### ROY v. THE STATE.

SUPREME COURT.—*Brief.*—*Dismissal.*—*Criminal Law.*—On appeal to the Supreme Court, the appellant must file a brief conforming to the rules and usages of that court, or his appeal will be dismissed.

From the Clark Circuit Court.

*S. Russell,* for appellant.

*C. A. Buskirk,* Attorney General, and *M. Clegg,* Prosecuting Attorney, for the State.

NIBLACK, J.—The record in this cause is in so imperfect a condition as not fairly to present any question for our consideration.

A paper is filed with the record, purporting to be the brief of the appellant, but it does not, either in form or in substance, contain what is necessary to constitute a brief under the rules and usages of this court.

On motion of the Attorney General, the appeal is dismissed, at the costs of the appellant.